*Butler, Respondent, v. Joy, Petitioner,* No. 73957-9. Petition for review of a decision of the Court of Appeals, No. 20980-6-III, March 20, 2003, 116 Wn. App. 291. *Denied* November 4, 2003.

*IWBC.Net Corp., Respondent, v. Tech. Concepts, L.L.C., et al., Petitioners,* No. 73958-7. Petition for review of a decision of the Court of Appeals, No. 49216-1-I, January 21, 2003, 115 Wn. App. 1011. *Denied* November 4, 2003.

State, Respondent, v. Humphrey, Petitioner, No. 73781-9. Petition for review of a decision of the Court of Appeals, No. 20864-8-III, February 21, 2003. *Denied* November 4, 2003.

In re Det. of Elmore, Petitioner, No. 73841-6. Petition for review of a decision of the Court of Appeals, No. 28037-0-II, March 18, 2003. *Denied* November 4, 2003.

*Branson, Individually and as Personal Representative, Petitioner, v. Port of Seattle, Respondent,* No. 73766-5. Petition for review of a decision of the Court of Appeals, No. 50582-3-I, February 18, 2003, 115 Wn. App. 695. *Granted* November 6, 2003.

*Carlson, Respondent, v. Lake Chelan Cmty. Hosp., Petitioner,* No. 73901-3. Petition for review of a decision of the Court of Appeals, No. 20260-7-III, February 20, 2003, 116 Wn. App. 718. *Granted* December 2, 2003. Case dismissed by order of the Supreme Court April 9, 2004.

*Riehl, Petitioner, v. Foodmaker, Inc., Respondent,* No. 73902-1. Petition for review of a decision of the Court of Appeals, No. 48186-0-I, March 24, 2003, 116 Wn. App. 1018. *Granted* December 2, 2003.

*Judd, et al., Petitioners, v. Am. Tel. & Tel. Co., Defendant, GTE N.W., Inc., et al., Respondents,* No. 73966-8. Petition for review of a decision of the Court of Appeals, No. 48075-8-I, April 14, 2003, 116 Wn. App. 761. *Granted* December 2, 2003.